**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 98-1810**

_____

LINDA P. WALKER,

                                        Plaintiff - Appellant,

        Versus

SOUTH CAROLINA DEPARTMENT OF HEALTH AND EN-
VIRONMENTAL CONTROL,

                                        Defendant - Appellee.

_____

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Joseph F. Anderson, Jr., District
Judge.  (CA-96-2544-3-17BC)

_____

Submitted:  August 13, 1998          Decided:  August 31, 1998

_____

Before WIDENER and WILKINS, Circuit Judges, and HALL, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Linda P. Walker, Appellant Pro Se.  Hardwick Stuart, Jr., William
Kenneth Witherspoon, Claude E. Hardin, Jr., BERRY, ADAMS QUACKEN-
BUSH & DUNBAR, Columbia, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting Appellee's motion for summary judgment and dismissing Appellant's claims under the Age Discrimination in Employment Act of 1967 (ADEA), 29 U.S.C. § 621 (1994) and the Americans with Disabilities Act (ADA), 42 U.S.C. § 1201 (1994). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny Appellee's motion to dismiss and affirm on the reasoning of the district court. Walker v. South Carolina Dep't of Health & Environmental Control, No. CA-96-2544-3-17BC (D.S.C. May 6, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2